# UNITED STATES DISTRICT COURT

**District:** ARIZONA

☑ FILED
☐ RECEIVED

JUN - 1 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES OF AMERICA
V.

Francisco Javier ARVIZU-Ayon

Year of Birth: 1973

Country of Citizenship: Mexico

A070 123 041

Case Control # TCA-0706-0033

**DOCKET NO.**

**MAGISTRATE CASE NO.**
07-03696M

Complaint for violation of Title 8 United States Code § 1326(a) and (b)(1); 1325

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| | United States Magistrate | Tucson, Arizona |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| On or about May 31, 2007 | At or near Nogales, Arizona | Magdalena, Sonora, Mexico |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

COUNT 1: On or about May 31, 2007, at or near Tucson, Arizona, in the District of Arizona, Francisco Javier ARVIZU-Ayon, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on February 23, 2006, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and 1326 (b)(1).

COUNT 2: On or about May 31, 2007, at or near Nogales, Arizona, in the District of Arizona, Francisco Javier ARVIZU-Ayon, an alien, did unlawfully enter the United States of America from the Republic of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

**BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:**

Francisco Javier ARVIZU-Ayon is a citizen of Mexico. On February 23, 2006, Francisco Javier ARVIZU-Ayon was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On May 31, 2007, agents found ARVIZU-Ayon in the United States at or near Tucson, Arizona. ARVIZU-Ayon did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Furthermore, as evidenced from his illegal presence in the United States, Francisco Javier ARVIZU-Ayon entered the United States from the Republic of Mexico, at a time and place other than as designated by Immigration Officers of the United States.

**MATERIAL WITNESSES IN RELATION TO THIS CHARGE**
Border Patrol Agent(s) Sepulveda, E.

**DETENTION REQUESTED**
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
AUTHORIZED BY: Serra M. Tsethlikai

**SIGNATURE OF COMPLAINANT** (official title)
_[signature]_

**OFFICIAL TITLE**
Senior Patrol Agent RICARDO GONBALEZ

Sworn to before me and subscribed in my presence,

**SIGNATURE OF MAGISTRATE (1)**
_[signature]_

**DATE**
June 01, 2007

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)